# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Mary Beard, et al. v. Bayer Corporation, et al.* | No. 11-cv-11546-DRH |
| *Cherie Burgess-Twitty v. Bayer Corporation, et al.* | No. 09-cv-20083-DRH |
| *Lisa Capone v. Bayer Corporation, et al.* | No. 12-cv-10886-DRH |
| *Melissa Collier v. Bayer Corporation, et al.* | No. 10-cv-20065-DRH |
| *Kristin Ellis v. Bayer Corporation, et al.* | No. 10-cv-13144-DRH |
| *Megan Engbring v. Bayer Corporation, et al.* | No. 10-cv-10429-DRH |
| *Julie Gazmararian v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11736-DRH |
| *Brittney Highland v. Bayer Corporation, et al.* | No. 10-cv-10317-DRH |
| *Kimberly Jauretche, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11737-DRH |
| *Robin Lind, et al. v. Bayer Corporation, et al.* | No. 11-cv-10895-DRH |
| *Katie McClain v. Bayer Corporation, et al.* | No. 10-cv-13504-DRH |
| *Bonnie McGrew v. Bayer Corporation, et al.* | No. 10-cv-20126-DRH |
| *Audrey Oppedisano, et al. v. Bayer Corporation, et al.* | No. 11-cv-10685-DRH |
| *Erin Overcash v. Bayer Corporation, et al.* | No. 11-cv-11916-DRH |
| *Mallory Perkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10889-DRH |

| | |
|---|---|
| *Nanette Sherwood, et al. v. Bayer Corporation, et al.* | No. 10-cv-11303-DRH |
| *Holly Stonerock v. Bayer Corporation, et al.* | No. 11-cv-11915-DRH |
| *Lilly Warner v. Bayer Corporation, et al.* | No. 11-cv-12107-DRH |
| *Trisha White v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12662-DRH |
| *Kathleen E. Wilson v. Bayer Corporation, et al.* | No. 12-cv-11095-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the

Stipulations of Dismissal filed on February 6, 2014, the above captioned cases are

**DISMISSED** with prejudice.  Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,
CLERK OF COURT**

**BY:   /s/*Sara Jennings***
**Deputy Clerk**

Dated:  February 7, 2014

Digitally signed
by David R.
Herndon
Date: 2014.02.07
16:01:22 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**